**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD WADE ARCHITECTS, P.C., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 14 C 5046 | |
| ) | | |
| v. ) | Judge Zagel | |
| ) | Magistrate Judge Cole | |
| DORALCO, INC., ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Richard Wade Architects, P.C. voluntarily dismisses its individual and class claims without prejudice and without costs, against defendant Doralco, Inc. Plaintiff Richard Wade Architects, P.C. voluntarily dismiss its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on September 19, 2014, I caused a true and accurate copy of the foregoing document to be served, via US Mail, on the following party:

    Doralco, Inc.
    c/o Thomas D. Trainor, Registered Agent
    11901 South Austin Drive
    Alsip, IL 60803

      In addition, I certify that on September 19, 2014, I caused a true and accurate copy of the foregoing document to be served, via email, on the following party:

    Barry B. Berk (barry.berk@bbblitigator.com)
    LAW OFFICES OF BARRY B. BERK
    53 W. Jackson Blvd., Suite 1002
    Chicago, IL 60604

                                s/ Heather Kolbus
                                Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)